**WESTERN FREIGHT ASSOCIATION,
a Corporation,**

v.

**AETNA CASUALTY & SURETY COM-
PANY, a Corporation, Appellant.**

**Bernard ZANDIER,**

v.

**AETNA CASUALTY & SURETY COM-
PANY, a Corporation, Appellant.**

**Nos. 16126, 16127.**

United States Court of Appeals
Third Circuit.

Argued Jan. 5, 1967.

Filed Jan. 19, 1967.

Joseph Hakun, Philadelphia, Pa., for appellant.

Arthur L. Piccone, Asst. Dist. Atty., Luzerne County, Wilkes-Barre, Pa. (Thomas E. Mack, Dist. Atty., Wilkes-Barre, Pa., on the brief), for appellee.

Before McLAUGHLIN, SMITH and FREEDMAN, Circuit Judges.

James F. Manley, Pittsburgh, Pa. (Burns, Manley & Little, Pittsburgh, Pa., on the brief), for appellant.

Robert S. Grigsby, Pittsburgh, Pa. (John R. Walters, Jr., Pringle, Bredin, Thomson, Rhodes & Grigsby, Pittsburgh, Pa., on the brief), for appellee Western Freight Ass'n.

Stuart E. Savage, Pittsburgh, Pa., for appellee Zandier.

## OPINION OF THE COURT

Before McLAUGHLIN, SMITH and FREEDMAN, Circuit Judges.

PER CURIAM.

We are convinced from the facts that the finding of the District Court that Western Freight Association and Bernard Zandier acquired the status of insureds under the terms of the comprehensive liability policy issued by appellant to Lightning Express, Inc. and in effect November 16, 1961, is not clearly erroneous.

The judgments of the District Court will be affirmed.